IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CR-156-WKW |
| | ) | |
| DONALD EARL MCCAIN | ) | |

## **ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge (Doc. # 37). There being no objections filed to the Report and Recommendation of the Magistrate Judge, and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted and that Defendant Donald Earl McCain's Motion to Suppress (Doc. # 31) is DENIED without prejudice.

DONE this 3rd day of March, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE